Derek W. Edwards (SBN 210636)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
E-mail: derek.edwards@wallerlaw.com

*Counsel for Defendant OSA Financial, Inc.*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JAMIE LOOP, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OSA FINANCIAL, INC. et al,<br><br>Defendants. | Case No. 2:11-cv-10765-GAF-SS<br><br>**JOINT STIPULATION OF DISMISSAL**<br>ORDER ON |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jamie Loop and Defendant OSA Financial, Inc. hereby jointly stipulate and agree that Plaintiff dismisses with prejudice his claims asserted against Defendants in the above-styled action, which concludes this matter in its entirety.

Dated: May 31, 2012

WALLER, LANSDEN, DORTCH & DAVIS, LLP

s/Derek W. Edwards
Derek W. Edwards (SBN 210636)
Nashville City Center
511 Union Street, Suite 2700
Nashville, Tennessee 37219-8966
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
Email: derek.edwards@wallerlaw.com

*Attorneys for Defendant OSA Financial, Inc.*

Dated: May 31, 2012

PANISH SHEA & BOYLE LLP

s/Peter L. Kaufman
Peter L. Kaufman, Esq.
11111 Santa Monica Boulevard
Suite 700
Los Angeles, California 90025
Telephone: (310) 477-1700
Facsimile: (310) 477-1699
Email: kaufman@psblaw.com

*Attorneys for Plaintiff Jamie Loop*

**IT IS SO ORDERED.**

**DATED:** June 6, 2012

*[signature]*

**UNITED STATES DISTRICT JUDGE**