Derek W. Edwards (SBN 210636)
WALLER LANSDEN DORTCH & DAVIS, LLP
511 Union Street, Suite 2700
Nashville, Tennessee 37219
Telephone: (615) 244-6380
Facsimile: (615) 244-6804
E-mail: derek.edwards@wallerlaw.com

*Counsel for Defendant OSA Financial, Inc.*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JAMIE LOOP, individually, and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>v.<br><br>OSA FINANCIAL, INC. et al,<br><br>  Defendants. | Case No. 2:11-cv-10765-GAF-SS<br><br>**JOINT STIPULATION OF DISMISSAL**<br>ORDER ON |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Jamie Loop and Defendant OSA Financial, Inc. hereby jointly stipulate and agree that Plaintiff dismisses with prejudice his claims asserted against Defendants in the above-styled action, which concludes this matter in its entirety.

Dated: May 31, 2012

          WALLER, LANSDEN, DORTCH & DAVIS, LLP

          s/Derek W. Edwards
          Derek W. Edwards (SBN 210636)
          Nashville City Center
          511 Union Street, Suite 2700
          Nashville, Tennessee 37219-8966
          Telephone:  (615) 244-6380
          Facsimile:  (615) 244-6804
          Email:  derek.edwards@wallerlaw.com

*Attorneys for Defendant OSA Financial, Inc.*

Dated: May 31, 2012

          PANISH SHEA & BOYLE LLP

          s/Peter L. Kaufman
          Peter L. Kaufman, Esq.
          11111 Santa Monica Boulevard
          Suite 700
          Los Angeles, California 90025
          Telephone:  (310) 477-1700
          Facsimile:  (310) 477-1699
          Email:  kaufman@psblaw.com

*Attorneys for Plaintiff Jamie Loop*

**IT IS SO ORDERED.**

**DATED:** June 6, 2012

_____
**UNITED STATES DISTRICT JUDGE**